# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Ardo Dini,**

    Plaintiff,

v.

**Michael J. Astrue,**

    Defendant.

Civil No. 08-5852 (DSD/JJG)

**ORDER**

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Dini's motion for summary judgment (Doc. No. 10) is **GRANTED.**

2. The Commissioner's motion for summary judgment (Doc. No. 13) is **DENIED.**

3. This matter is **REVERSED AND REMANDED** to the ALJ for further proceedings consistent with the Magistrate Judge's report and recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 13th day of August, 2009.

                                              s/David S. Doty  
                                              DAVID S. DOTY  
                                              United States District Judge