# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Ardo Dini,**

    Plaintiff,

v.

**Michael J. Astrue,**

    Defendant.

Civil No. 08-5852 (DSD/JJG)

**ORDER**

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Ms. Dini's motion for attorney fees (Doc. No. 23) is **GRANTED.**

2. The Commissioner shall promptly pay attorney fees to the Legal Aid Society of Minneapolis in the amount of $5,865.00.

Dated this 11th day of January, 2010.

                              s/David S. Doty
                              DAVID S. DOTY
                              United States District Judge